# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-00094(5) |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | |
| DEAREION JAMAR CLAY, | : | |
| Defendant. | : | |

## ORDER APPOINTING CJA TRAINING PANEL ATTORNEY

Pursuant to the Criminal Justice Act (CJA) Training Panel Program, John Pinard, Esq. is hereby appointed as a Training Panel attorney in this case. The Training Panel Attorney will serve in a second chair capacity and assist the CJA Lead Attorney who has been previously appointed in this case.

**IT IS SO ORDERED**.

February 6, 2025                                           *s/Caroline H. Gentry*
                                                                              Caroline H. Gentry
                                                                              United States Magistrate Judge